IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-
                                      Criminal Action No.
                                      22-00048-09-CR-W-DGK

CARLTON L. BURNS,

        Defendant.

_____

**MEMORANDUM OF MATTERS DISCUSSED AND
<u>ACTION TAKEN AT PRETRIAL CONFERENCE</u>**

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**: <u>Count 1</u>:        Conspiracy to distribute 5 kilograms or more of cocaine; fentanyl; and less than 50 kilograms of marijuana *in violation of* 21 U.S.C. § 841(a)(1), (b)(1)(C) and (b)(1)(D)

                <u>Counts 28, 32, 38, 85</u>:    Use of a Communication Facility to Facilitate a Drug Trafficking Crime *in violation of* 21 U.S.C. § 843(b) and (d)(1)

                <u>Count 58</u>:        Conspiracy to Commit Hobbs Act Robbery *in violation* of 18 U.S.C. § 1951(a)

                <u>Count 59</u>:        Possession with Intent to Distribute Marijuana *in violation of* 21 U.S.C. § 841(a)(1) and (b)(1)(D)

                <u>Count 90</u>:        Possession of a Firearm in Furtherance of a Drug Trafficking Offense *in violation of* 18 U.S.C. § 924(c)(1)(A)(i)

                <u>Forfeiture Allegations One and Two</u>

**TRIAL COUNSEL**:
      Government: Matthew Moeder, Sean Foley, Stephanie Bradshaw; Paralegal Michelle
              Wells
           Case Agent: ATF Special Agent Elizabeth White
      Defense: David Guastello

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: Government - Rule. 404(b) notice; Defense - None

**TRIAL WITNESSES**:

       <u>Government</u>: 50 without stipulations if four defendants go to trial; premature to address stipulations specific to each defendant

       <u>Defense</u>: 1 witness, including Defendant who      ( ) will
                                                    (x) may
                                                    ( ) will not testify

**TRIAL EXHIBITS**:

       Government: 300 exhibits with four defendants going to trial

       Defense: No additional exhibits

**DEFENSES**:

       (x)     defense of general denial

       ( )     defenses of general denial and _____

**POSSIBLE DISPOSITION**:

       ( ) Definitely for trial           ( ) Possibly for trial

       ( ) Motion to continue to be filed     (x) Likely a plea will be worked out

**TRIAL TIME**: **10 days for trial with four defendants**

       Government's case including jury selection: 7-8 days

       Defense case: .5 day

**STIPULATIONS**:

       ( )     not likely

       ( )     not appropriate

       (x)     likely as to:

               ( )     chain of custody

               ( )     chemist's reports

               ( )     prior felony conviction

               (x)     interstate nexus of firearm

               ( )     other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

       **Witness and Exhibit Lists**:

       Government: On or before June 24, 2024

       Defense: On or before June 24, 2024

       **Counsel are requested to list witnesses in alphabetical order on their witness list.**

       **Exhibit Index, Voir Dire, Jury Instructions**: On or before June 24, 2024

       **Jury instructions must comply with Local Rule 51.1**

       **Motions in Limine**: On or before June 24, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing 7/8/2024

     **Please note**:  The Government requests trial start on the second week of the docket as Government Counsel has a conflict on July 8th and 9th.  However, Government Counsel would be available beginning July 10th.

**OTHER**:

     ( )    A _____-speaking interpreter is required.

     ( )    Other assistive devices:

     **IT IS SO ORDERED.**

                              */s/ Jill A. Morris*
                              JILL A. MORRIS
                              United States Magistrate Judge